UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

J.L. and M.L., et al.,

         Plaintiff(s),

v.

MERCER ISLAND SCHOOL DISTRICT,

         Defendant(s).

NO. C06-494P

ORDER RE: MOTION FOR RECONSIDERATION

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Reconsideration

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that, if Respondent desires to file a brief in response, it may not exceed 6 pages in length and must be filed no later than **December 22, 2006.**

The Court considers that first point of Plaintiff's motion (regarding the incorrect Docket Numbers) to be a purely clerical matter and those will be corrected without further discussion.

The Court further wishes to make it clear that it was the intention of the original order that both the remedies of compensatory educational relief and reimbursement were to be included in the considerations of the Administrative Law Judge on remand. However, since that was inadequately articulated in the Order on Petition for Judicial Review, Respondent will be permitted to address that subject prior to the issuance of an Amended Order.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: December __14_, 2006

                                                                    Marsha J. Pechman
                                                                   U.S. District Judge

ORDER ON MOTION
FOR RECONSIDERATION - 1