UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.L and M.L., AND THEIR MINOR DAGHTER, K.L.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERCER ISLAND SCHOOL DISTRICT, a municipal Washington corporation,<br><br>　　　　　　Defendants. | Case No. C06-494MJP<br><br>TAXATION OF COSTS |

　　Costs in the above-entitled action are hereby taxed against DEFENDANT MERCER ISLAND SCHOOL DISTRICT and on behalf of PLAINTIFFS in the amount of $295.00.

　　Dated this ___28th___ day of AUGUST, 2007 .

_[signature]_

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1