UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

J. L.; et al.,

       Plaintiffs - Appellees,

v.

MERCER ISLAND SCHOOL DISTRICT, a municipal Washington corporation,

       Defendant - Appellant.

No. 07-35716

D.C. No. CV-06-00494-MJP
U.S. District Court for Western Washington, Seattle

**MANDATE**

The judgment of this Court, entered August 06, 2009, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Cost awarded to the appellant in the amount of $1,399.20.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk