# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.L., M.L., and K.L., their minor daughter,<br><br>Plaintiffs,<br><br>v.<br><br>MERCER ISLAND SCHOOL DISTRICT,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C06-494MJP |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The original decision of the Administrative Law Judge is AFFIRMED, and Plaintiffs' request for a declaratory judgment that the minor K.L. was denied a free appropriate education under the Individuals with Disabilities Act or state law by Defendant Mercer Island School District is DENIED.

Dated this October 6, 2010.

William M. McCool
Clerk

s/Mary Duett
Deputy Clerk